Case 2:14-cv-02643-SHM-dkv   Document 1   Filed 08/20/14   Page 1 of 3   PageID 1

Martrek D. Wingo vs. Twitter, Inc   Page **1** of **38**

8/15/2014

Martrek D. Wingo
4194 Evening Star Cove
Memphis, Tn 38125
Twitter: https://twitter.com/MartrekWingo
(901) 210-6367
martrekwingo@yahoo.com

Vs.

Twitter, Inc
1355 Market Street
Suite 900
San Francisco, CA 94103
USA

**RECEIVED**

AUG 2 0 2014

**CLERK, U.S. DIST. COURT**
**WESTERN DIST. OF TENN**

# Table of Contents

- Complaint
- Incidents
- Lawsuits
- Twitter Financials
- Solution
- Twitters Help Page
- Company – Twitter, Inc
- Retweets
- Vine

Case 2:14-cv-02643-SHM-dkv   Document 1   Filed 08/20/14   Page 2 of 3   PageID 2

Martrek D. Wingo vs. Twitter, Inc   Page **2** of **38**

# **My Personal Complaint against Twitter**

**Complaint:** I almost lost my life due to respiratory shock while using twitter. I am suing Twitter, Inc for a personal injury I Martrek D. Wingo suffered and the emotional distress and mental anguish before, during, and after my personal injury.

Twitter does not protect individual twitter account users on their website from disturbing content on their page the way they should and could.

On August 8, 2014 a person linked themselves to my page through a retweet feature and from their page shows someone who appears to have a fantasy or reality semi hidden murder suicide plot to harm a celebrity singer and it's linked to my account from a retweet association that shows up on his page.

I also had an earlier incident June 6, of 2014 (see incident page) but this additional incident mentioned above that occurred on August 8, 2014 caused me so much shock that I passed out hitting the side of my mouth, and broke off my back left wisdom tooth that was swallowed. A broken tooth swallowed in a passed out semi consciousness state can result in death. Not just preventing me from lifetime earnings. It could have prevented me from life.

Twitter is a public company. It can take better measures to protect children from individual twitter pages where disturbing content is not and should not be allowed. Also professional pages like mine I do not want any links to disturbing content as well and would like the reasonable ability to control/limit it as much as possible.

Twitter does not allow a person to fully block disturbing content from the individual's accounts page. A church could have a church twitter account and someone could retweet a post that the church page posted but on the other person's page can be found disturbing content. This content was not posted by the church but anyone who wants to see who is retweeting the church's post will be directed to a user with disturbing content. Basically in this example a twitter user with disturbing content has linked itself to the church and the church cannot do anything about it for all its viewers to its page.

The way Twitter currently has it is a person can block someone currently. That person that is blocked does not show up in your followers and can't direct message you but that person can still retweet post on your page to their page whenever they like or reply to a post you made with interesting comments. These retweets, replies, and favorites, show up as clickable user numbers/icons on your timeline connected to the individual post you made.

Case 2:14-cv-02643-SHM-dkv   Document 1   Filed 08/20/14   Page 3 of 3   PageID 3

Martrek D. Wingo vs. Twitter, Inc   Page **3** of **38**

Each user to your page has to block an individual user on your page instead of having it were the account administrator (normally you or the person doing the posting on your page) can block the user from not having any part of using your page.

Twitter also has it were only the last 25 people more or less to retweet a post shows on your page but if any of those last 25 have disturbing content it cannot be blocked from your page at this time (as of 8/11/2014) So a child visiting a churches twitter page can click on a post with let's say 1 retweet on it and end up seeing something disturbing on a twitter page not designed for that purpose.

You're left with only the option to delete the post but the person could keep doing it which happened on my page before or try getting a lot more retweets to the post where more disturbing content links could still be added.

Twitter starts out as a blank page similar to going to an outlet mall. The stores you visit (In twitters case the post to you make to your page) are determined by you. If you don't want to visit a lingerie store/adult book store you don't have to. No outlet mall will allow indecent behavior into its store if that store (twitter page in this case) is deemed non adult (PG, PG-13, R-Rated only) Twitter hosts all kinds of pages. Witty, personal, comical, professional and celebrities; each person treats their page different.

Twitter is a publically traded company. Listed on the Nasdaq. Their services are provided to the public.

***Warning Adult Content: Parental discretion is advised***



The actual user that retweeted me that appears on my timeline

