AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

Martrek D. Wingo
4194 Evening Star Cove
Memphis, TN 38125
Shelby County (901) 210-6367

*Plaintiff(s)*

v.                                    Civil Action No. 14-2643 JDTdkv

Twitter, Inc

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Twitter, Inc
1355 Market Street
Suite 900
San Francisco, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martrek D. Wingo
4194 Evening Star Cove
Memphis, TN 38125

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/20/14                       s/J. Davis
                                    *Signature of Clerk or Deputy Clerk*